IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TREMAYNE OMAR SLATER,** Plaintiff, v. **KATE BROWN, et al.,** Defendants. | Case No. 3:21-cv-00229-SB **ORDER ADOPTING F&R** |

**IMMERGUT, District Judge.**

On August, 10, 2023, Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R"), ECF 36, recommending that Defendants' Motion to Dismiss, ECF 32, be GRANTED. No party filed objections. This Court ADOPTS Judge Beckerman's F&R.

**STANDARDS**

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de

PAGE 1 – ORDER

novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, sua sponte" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

## CONCLUSION

No party having filed objections, this Court has reviewed the F&R, ECF 36, and accepts Judge Beckerman's conclusions. Judge Beckerman's F&R, ECF 36, is adopted in full. Accordingly, this Court GRANTS Defendants' Motion to Dismiss, ECF 32.

**IT IS SO ORDERED**.

DATED this 5th day of September, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER